USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RODERIC JAMES MCCORD, Plaintiff, | : | 1:26-cv-3442-GHW |
| -v- | : | ORDER |
| DAVID B. COHEN, *et al.*, Defendants. | : | |

GREGORY H. WOODS, United States District Judge:

On June 30, 2026, Plaintiff filed an "Amended Notice of Administrative Obstruction, Docket Falsification, and Retaliatory Deprivation of Court Access," requesting, among other things, that the Court direct the Clerk's Office to docket an allegedly omitted declaration and accompanying memorandum of law. Dkt. No. 10. Those submissions were subsequently docketed on July 2, 2026 as Plaintiff's "Declaration Regarding Administrative Obstruction and Unavailability of State Appellate Remedies," Dkt. No. 16, and the accompanying Memorandum of Law, Dkt. No. 17. Accordingly, to the extent Dkt. No. 10 seeks an order directing that those submissions be docketed, that request is denied as moot.

On August 13, 2026, Plaintiff filed a "Motion for Administrative Relief Directing the Clerk of Court to Accept and Docket Filing Pursuant to Federal Rule of Civil Procedure 5(d)(4)," requesting that the Clerk accept and docket Plaintiff's "Notice of Supplemental Authority Regarding Judicial Immunity Exceptions and ADA Abrogation." Dkt. No. 23. The Notice of Supplemental Authority had already been docketed on August 10, 2026 as Dkt. No. 21, and was docketed again on August 13, 2026 as Dkt. No. 22. Accordingly, the request at Dkt. No. 23 is denied as moot.

On September 15, 2026, Plaintiff filed another "Motion for Administrative Relief Directing the Clerk of Court to Accept and Docket Filing Pursuant to Federal Rule of Civil Procedure

5(d)(4)." Dkt. No. 27. That same day, Plaintiff's "Notice of Supplemental Authority Regarding Judicial Immunity Exceptions and ADA Abrogation" was docketed as Dkt. No. 28. Accordingly, Dkt. No. 27 is denied as moot.

On September 15, 2026, Plaintiff filed a motion for permission to participate in electronic case filing. Dkt. No. 26. That motion does not provide all of the information and certifications required by the Court's form for *pro se* litigants seeking electronic filing privileges, including, among other things, confirmation that Plaintiff has completed the Court's CM/ECF introduction course and submitted a Non-Attorney E-File Registration through PACER. Accordingly, Plaintiff's motion is denied without prejudice. Should Plaintiff wish to renew his request, he is directed to complete and submit the form available at https://www.nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 23, 26, and 27 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: October 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge